Vicente R. VELASQUEZ, Appellant

v.

## COMMISSION FOR LAWYER DISCIPLINE, Appellee

No. 01–98–01437–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Feb. 11, 1999.

Panel consists of Chief Justice SCHNEIDER and Justices O'CONNOR and TAFT.

## OPINION

PER CURIAM.

Appellant has filed a motion to withdraw his appeal. Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.1(a)(2).

All pending motions in this appeal are overruled as moot. The Clerk is directed

to issue mandate immediately. TEX. R. APP. P. 18.1.